Albert OWENS et al.

v.

Jesse O. COTTENGIM et al.

Court of Appeals of Kentucky.

May 24, 1957.

Rehearing Denied Oct. 4, 1957.

Samuel Neace, Jr., Erlanger, Charles E. Dunn, Covington, for appellants.

Stanley Chrisman, Covington, for Jesse O. Cottengim.

Martin Roy Kirchhoff, Kirchhoff & Kirchhoff, Newport, for Harry Dawson.

PER CURIAM.

Motion for an appeal by Albert Owens and wife, Margaret, from a judgment of the Kenton Circuit Court, Hon. Joseph P. Goodenough, Judge, wherein appellees, Jesse O. Cottengim and Harry Dawson, recovered damages of less than $2,500 against appellants on breach of warranty covenants in deeds appellants had executed to appellees. The judgment also reformed the deeds from appellants to Cottengim and to Dawson to correct the respective boundary in each deed.

After reading the record and briefs and investigating the authorities cited therein, we find the judgment to be correct. Therefore, the motion for appeal is overruled and the judgment is affirmed.